IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LEONARD BROWN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**WARDEN M. WASHINGTON, et al,** )<br>)<br>**Defendants.** ) | Case No. 1:24-CV-121 |

**MEMORANDUM ORDER**

This action was received by the Clerk of Court on May 7, 2024. The matter was assigned and referred to Chief United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

In his complaint, Plaintiff alleges that prison officials at FCI McKean are violating his First and Fourteenth Amendment rights by refusing to allow him to freely practice his religion. Although this case is in its initial stage, Plaintiff has filed several motions seeking preliminary injunctive relief. *See* ECF No. 4, 6, 10. *See also* ECF No. 13, 16.

On August 26, 2024, Chief Magistrate Judge Lanzillo issued a Report and Recommendation recommending that the three earlier-filed motions be denied as they are unrelated to the underlying complaint. ECF No. 12. Despite being afforded the opportunity to do so, Plaintiff has not filed objections to the Report and Recommendation.

Regardless of whether timely objections are made, district courts may accept, reject, or modify—in whole or in part—the magistrate judge's findings or recommendations. 28 U.S.C. §

636(b)(1); Local Rule 72(D)(2). After *de novo* review of the complaint and all filings in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 19th day of September 2024;

IT IS ORDERED that the motions for preliminary injunctive relief [ECF No. 4, 6, and 10] be denied. Plaintiff's other requests for preliminary injunctive relief remain pending. *See* ECF No. 13 and 16.

AND IT IS FURTHER ORDERED that the report and recommendation of Chief Magistrate Judge Lanzillo, issued on August 26, 2024 [ECF No. 12] is adopted as the opinion of the court.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge